**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-three.

_____

United States of America,

        Appellant,

  v.

Lavon Parks, AKA Dutch, James C. Parks,

        Defendants - Appellees,

Felix Caleron-Valcarcel, Annette Lugo Rodriguez, Vivian Pintado-Figueroa, Yarimar Berrios Alvarado, Wilmer Casiano-Perez, Wayne E. Payne,

        Defendants.
_____

**ORDER**

Docket No. 23-6801

The Government moves to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/22/2023**